# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-10-5094-R**                                              **DATE: FEB. 25, 2011**

**TITLE: NATALIE MEDINA -V- STARBUCKS CORP et al**
================================================================
**PRESENT:**

### HON. MANUEL L. REAL, JUDGE

| William Horrell | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                                                    Not present


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON MARCH 7, 2011

AT 11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE

DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF

THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING

OF COUNSEL.  ATTENDANCE AT THE HEARING IS MANDATORY;

FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE

ACTION.



cc: counsel of record


**MINUTES FORM II**                                                                       Initials of Deputy Clerk __WH__
**CIVIL - GEN**                                      D-M